# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 2:20-CV-02920** |
| | ) | |
| Plaintiff, | ) | **JUDGE MICHAEL H. WATSON** |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE JOLSON** |
| | ) | |
| **TJM COLUMBUS, LLC,** | ) | <u>**NOTICE OF DISMISSAL**</u> |
| | ) | |
| Defendant. | ) | |

NOW COME the parties, by and through counsel, and hereby give Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendants with prejudice.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Spencer Neal

Respectfully submitted,

**/s/ *THOMAS KERN***
Thomas Kern (#0084024)

Attorney for Defendant,
TJM Columbus, LLC